UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNSTREAM CORPORATION, INC.,**

    **Plaintiff,**

v.                                                    **Case No: 8:24-CV-02424-WFJ-AAS**

**STEFAN PETROV and**
**BOATING WORLD PRO SHOP, LLC,**

    **Defendants.**
_____/

## ORDER

On January 20, 2026, the court held a hearing on the plaintiff's motion for sanctions (Doc. 44) against the defendants for failure to cooperate in scheduling court-ordered mediation. The order setting the hearing required defendants, Stefan Petrov and Boating World Pro Shop, LLC (Boating World), and defense counsel to appear in person at the hearing. (Doc. 46). Attorney Matthew Adams (who moved to withdraw shortly before the hearing) appeared. In response to the court's questioning, Attorney Adams indicated that the defendants were aware, at least as of January 14, 2026, of the order (Doc. 46) requiring them to attend the hearing. The defendants, Stefan Petrov and Boating World, did not appear. The following is **ORDERED**:

(1) By **February 27, 2026**, Mr. Petrov and Boating World must show cause in writing as to why a default should not be entered against

1

them for failing to comply with the Order directing in person attendance (Doc. 46) and for failing to comply with the Order requiring the parties to schedule court-ordered mediation (Doc. 41).

(2) The defendants are warned the failure to comply with this Order may also result in a default being entered against them. Boating World is further warned a corporate entity cannot represent itself and it must obtain counsel admitted to practice before this court. *Progressive Express Ins. Co. v. C&F Transp., LLC.*, No. 1:22-CV-20775, 2022 WL 17583749, at *1 (S.D. Fla. Oct. 13, 2022) (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). Failure to obtain counsel and show cause by February 27, 2026, will result in a default being entered against Boating World.

**ORDERED** in Tampa, Florida, on January 21, 2026.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge