UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNSTREAM CORPORATION, INC.,

      **Plaintiff,**

v.                                **Case No: 8:24-CV-02424-WFJ-AAS**

STEFAN PETROV and
BOATING WORLD PRO SHOP, LLC,

      **Defendants.**
_____/

## ORDER

On January 21, 2026, the court entered an order directing Stefan Petrov and Boating World Pro Shop, LLC (Boating World) to show cause in writing by February 27, 2026, as to why a default should not be entered against them for failing to comply with prior court orders. (Doc. 51). The Order warned the defendants that failure to comply may result in default being entered against them. (*Id.*). In addition, the Order stated that if Boating World failed to obtain counsel and show cause by February 27, 2026, default would be entered against Boating World. (Doc. 51, p. 2).

The defendants did not show cause and Boating World did not retain counsel. "Federal Rules of Civil Procedure 16(f) and 37(b)(2) allow the Court to sanction a party for failure to obey a pretrial order, including entry of default against the offending party." *Gavin v. Teraphysics Corp.*, No.

1

218CV532FTM38MRM, 2019 WL 6468496 at *1 (M.D. Fla. Oct. 23, 2019), *report and recommendation adopted*, No. 218CV532FTM38MRM, 2019 WL 6465029 (M.D. Fla. Dec. 2, 2019) (recommending the Clerk of Court enter the severe sanction of default against the defendants because of the defendant's "bad-faith disregard for the Court's Orders . . . and . . . "no less drastic sanction would be effective in achieving compliance").

The defendants have demonstrated a willful disregard for this court's orders and no less drastic sanction than default would be effective in achieving compliance with the court's orders. Accordingly, the Clerk of Court is directed to enter a clerk's default against Mr. Petrov and Boating World. Consistent with Local Rule 1.10(c), Sunstream Corporation, Inc.'s deadline for applying for default judgment or filing a paper identifying each unresolved issue necessary to entry of the default judgment is **April 10, 2026**.

**ORDERED** in Tampa, Florida, on March 2, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2